The People of the State of New York, Respondent, *v.* Henry Fichtner, Appellant.

The People of the State of New York, Respondent, *v.* Joseph McGuinness, Appellant.

Argued May 25, 1953; decided July 14, 1953.

*Edwin J. Freedman* for appellants.

*Frank A. Gulotta, District Attorney (Henry P. De Vine* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.